IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No._____

Jay Maisel,

                Plaintiff,

v.

Arch Coal Inc.,

                Defendant.

_____

**COMPLAINT**
(jury trial demanded)
_____

Plaintiff Jay Maisel (Maisel) through his attorney Maurice Harmon for his Complaint against Defendant Arch Coal Inc. (Arch Coal) alleges as follows:

**STATEMENT OF ACTION**

1. This is an action for copyright infringement brought by plaintiff Maisel, the holder of all of the copyrights to a photograph described hereafter and originally licensed for limited use by defendant Arch Coal in 1998, against said defendant for unauthorized and impermissible uses of plaintiff's photograph without plaintiff's authority or permission.

## PARTIES

2. Jay Maisel is and always has been a United States citizen, a resident of New York and a highly regarded, world-renowned professional photographer. He is the recipient of numerous awards including two lifetime achievement awards; one from Professional Photographers of America (PPA) in 2003 and the other from American Society of Media Photographers (ASMP) in 1996. He is the exclusive photographer-author of ten books including his most recent two, <u>Jay Maisel's New York</u>, published in 2000 and <u>A Tribute</u> [in memory of the Twin Towers of the World Trade Center over the last 35 years] published a year later in 2001. Maisel, a master color photographer, has taught extensively and continues to teach photography in workshops throughout the United States and overseas.

**3.** Defendant Arch Coal is a corporation with its primary offices at 1 City Place Drive, Suite 300, St. Louis, Missouri doing business in various states of the United States, including Colorado.

## JURISDICTION AND VENUE

4. This is an action for monetary damages, injunctive relief, punitive damages, interest and attorney's fees for Defendant's infringement of plaintiff's copyrights, under the copyright laws of the United States.

5. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6. Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1491(a) and (b) and 28 U.S.C. §§ 1400(a) and (b).

## FACTS COMMON TO ALL COUNTS

7.  Plaintiff is the holder of a copyright registration #VA 425-961 (a copy of which is attached as Exhibit "A") for a photograph "power lines" an abstract low angle upward view of power line support towers with wires and blue sky as a background, which defendant has inappropriately and unlawfully used in various ways, including without limitation, copying, distributing, and displaying and, without limitation, permitting and facilitating, copying, distributing, and displaying of said photograph without plaintiff's authority, license or permission.

8.  On or about April 5, 1999 defendant Arch Coal negotiated a license to use the above described photograph in its 1998 Arch Coal annual report.

9.  Said license (a copy of which is attached as Exhibit "B") provided defendant "Non-exclusive reproduction rights only to the Copyright 1996 Jay Maisel photograph "Powerlines" (original-shot for the Arch Coal 1996 AR) for use in the 1998 Arch Coal annual report. The image will appear on the inside front cover, as a full page. The print run is limited to 17000 copies." <u>Exhibit "B" page one</u>.

10. In the fall of 2005, plaintiff fortuitously discovered that defendant was using his photograph on its web site. Upon inquiry, defendant admitted it has likely used Plaintiff's photograph on its corporate internet in the form of an electronic version of its 1998 annual report since the inception of said web site.

11. Plaintiff has made demands to defendant for compensation provided under the copyright laws of the United States but defendant has failed and refused to adequately and appropriately compensate plaintiff for its unlawful acts.

**COUNT I**

**(COPYRIGHT INFRINGEMENT)**

12. Plaintiff repeats and realleges paragraphs 1 through 13 of this complaint with the same force and effect as if set forth in full above.

13. The foregoing acts of defendant Arch Coal constitute infringements of Plaintiff's copyrights in his photograph in violation of 17 U.S.C. § 501 et. seq.

14. Upon information and belief the aforesaid acts of defendant Arch Coal were willful and intentional.

## COUNT II
## (UNJUST ENRICHMENT)

15. Plaintiff repeats and realleges paragraphs 1 through 16 of this complaint with the same force and effect as if set forth in full above.

16. Defendant has by its unauthorized, improper and illegal conduct benefited by use of plaintiff's photograph as set forth above and by other unauthorized uses of plaintiff's photograph without a license to do so.

17. Defendant's use and retention of the benefits of its misdeeds are improper and unjust and permitting defendant to retain such benefits is, and would be, unjustly enriching defendant.

18. Plaintiff suffered damages as a result of defendant's improper, unauthorized and illegal use of plaintiff's image.

**WHEREFORE**, plaintiff requests the following:

1. A preliminary and permanent injunction against defendant and anyone working in concert with them from copying, displaying, distributing, advertising, promoting, selling or offering to sell plaintiff's photograph or creating, obtaining and using substantially similar photographs in any of the preceding ways and to deliver to the Court for destruction or other appropriate disposition of all materials, including digital files representing plaintiff's photograph described in this complaint, in the control or possession of defendant.

2. Actual damages and all profits derived from the unauthorized use of plaintiff's photo or statutory damages at plaintiff's election at the conclusion of the proof.

3. Reasonable attorneys' fees, court costs, expert witness fees, interest and all other amounts authorized under law.

4. Punitive damages as permitted by law in appropriate copyright infringement actions.

5. For such other and further relief as the Court deems just and proper.

January 24, 2006.

                              Plaintiff Jay Maisel by his attorney,

                              /s/MauriceHarmon
                              Maurice Harmon #9419
                              Harmon & Seidman LLC
                              Attorneys for Plaintiff
                              101 South 3rd Street, Suite 265
                              Grand Junction, CO  81502
                              Telephone 610-262-9288
                              Fax 610-262-9288
                              maurice@mauriceharmon.com

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues permitted by law.