JAY MAISEL   PHOTOGRAPHY   190 THE BOWERY   NY, NY, 10012   (212)431-5013   FAX: (212) 925-6092

I N V O I C E

PAID
1500—

```
Arch Coal                      Inv. #:  5748
Cityplace One                  Date  :  April 5, 1999
Suite 300                      P.O. #:
St Louis, MO  63141            Job  #:
Attn: Deck Slone               A.D.  :  Deck Slone
                               Buyer :  (314) 994-2717
                               Client:  Arch Coal AR 1998
```

DESCRIPTION, RIGHTS GRANTED, PERIOD OF USE:

Non-exclusive reproduction rights only to the Copyright 1996 Jay Maisel photograph "Powerlines" (original - shot for the Arch Coal 1996 AR) for use in the 1998 Arch Coal annual report. The image will appear on the inside front cover, as a full page. The print run is limited to 17000 copies.

Any additional usage must be negotiatied separately.
PLEASE SEE THE BACK OF THIS PAGE FOR FURTHER CONDITIONS.

```
FEES:       Stock Usage Fee                 1500.00      $    1,500.00

                                  SUB-TOTAL              $    1,500.00
                                  SALES TAX (Exempt)$
TERMS:  Due and payable upon      ADVANCE/PAYMENTS   $
        receipt of invoice.
                                  BALANCE DUE            $    1,500.00
```

THIS INVOICE SUBJECT TO ALL TERMS AND CONDITIONS ON THE REVERSE SIDE.
Jay Maisel SS # 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

Noelle Tan for Jay Maisel  _____   Date: 4-5-99

## STOCK PHOTOGRAPHY LICENSE TERMS AND CONDITIONS

All photographs are Copyrighted 1996 Jay Maisel. All photographs published must carry this notice properly affixed to the image. All rights are reserved by Jay Maisel. This is a limited assignment of Copyright by Jay Maisel, this invoice permits one-time publication only for the use, duration and insertions as specified on the front. Any use other than that specified on the front of this invoice must be negotiated and a purchase order issued. Rights granted by this invoice become effective only upon payment of this invoice. In the event that full and complete payment is not received within 60 days of invoice date all usage and fees will be subject to renegotiation by the parties.

### THIS IS NOT A "WORK MADE FOR HIRE".
**PUBLICATION OR USAGE OF ANY KIND OF THIS WORK PRIOR TO PAYMENT CONSTITUTES A VIOLATION OF FEDERAL COPYRIGHT LAW.**

1) "Image(s) and materials" means all viewable renditions furnished by Jay Maisel, whether captured or stored in photographic, printed, magnetic, optical, digital, or any other medium whatsoever.
2) All rights not expressly granted remain the exclusive property of Jay Maisel without limitation; user (or recipient) acquires only the rights specified on the front and agrees to return all photographs used within 30 days after publication or 4 months after the invoice date, or pay thereafter $10.00 per week per image.
3) Use rights granted are specifically on the condition that user (or recipient) assumes insurers liability to: (a) Indemnify Jay Maisel for loss, damage or misuse of the photographic image(s) and materials and (b) Return all photography pre-paid and fully insured, safe, and undamaged, by bonded messenger, air freight, or registered mail. User (or recipient) assumes full liability for its employees, agents, assigns, messengers and freelance researchers for any loss, damage or misuse of the photographic image(s) and materials.
4) All materials, must be returned in the same condition as delivered. Reimbursement for loss or damage shall be determined by a image's reasonable value which shall be a minimum of $2,500.00 each per original and $250.00 each per duplicate. It is agreed that Jay Maisel Photography will retain the exclusive right to determine whether the transparencies or materials are damaged and the value of the damaged photograph.
5) CHARGES: A minimum kill charge of $250.00 per photo put into production will be assessed in the case of cancellation of a licensed project.
6) User will provide copyright protection as required by U.S. Public Law 94-553, Title 17, USC 401 on any use, commercial or editorial and assign same to Jay Maisel. Adjacent copyright line for Jay Maisel must accompany all EDITORIAL use, or invoiced fee triples.
7) User will indemnify Jay Maisel against all claims and expenses arising out of the use of any photograph(s) unless a model or other release was specified to exist in writing by Jay Maisel. Unless so specified no release exists. Jay Maisel's liability for all claims shall not exceed, in any event, the amount paid under this invoice.
8) Time is of the essence for receipt of payment and return of photographs. No rights are granted until payment is made. Payment is required within 30 days of invoice. 1.5% per month service charge on unpaid balance is applied thereafter. Adjustment of amount or terms must be requested within 10 days of invoice receipt.
9) Permission to scan or digitize is granted for pre-press purposes only, provided the digitized versions are stored only as long as work on the project is in progress. When the project is complete, all digitized versions of the image must either be destroyed or returned to Jay Maisel. Any Photo CD scan made of the image(s) must be returned to Jay Maisel and is the property of Jay Maisel.
10) USER SHALL PROVIDE THREE FREE COPIES OF USES appearing in print and a semi-annual statement of sales and subsidiary uses for photographs appearing in books.
11) User may not assign or transfer this agreement. Holding or use of the photographs constitutes acceptance of the above terms, hereby incorporating Article 2 of the Uniform Commercial Code. No waiver is binding unless set forth in writing. Any objection to the stated provisions must be made in writing two (2) days from receipt of this invoice and prior to any use of the material. No alterations may be made to the stated provisions without the express permission of Jay Maisel.
12) Any dispute regarding this invoice, including its validity, interpretation, performance, or breach shall be arbitrated in New York, NY under the rules of the American Arbitration Association and the laws of New York. Judgment on the Arbitration Award may be entered in the highest federal or state court having jurisdiction. Any dispute involving $1,000.00 or less may be submitted, without arbitration, to any court having jurisdiction thereof. User shall pay all arbitration and court costs, reasonable attorney fees plus legal interest on any award of judgment.
13) User agrees that the above terms are made pursuant to Article 2 of the Uniform Commercial Code and agrees to be bound by the same, including specifically clause (11) above to arbitrate disputes.
14) Jay Maisel assumes no liability for materials not supplied by him.

**INVOICES NOT PAID WITHIN 30 DAYS WILL BE CHARGED 1.5% INTEREST PER MONTH, OR A $50 RE-BILLING FEE, WHICHEVER IS GREATER.**