06 - CV - 00132
*WYD-CBS*

nWed Jan 25 13:46:03 2006

UNITED STATES DISTRICT COURT

DENVER          , CO

Receipt No.    100 265650
Cashier        stacie

C.C. Number: SEE CC REC          05/06

DO Code     Div No
 4613          1

Sub Acct Type Tender      Amount
1:510000  N     4        190.00
2:086900  N     4         60.00

Total Amount       $    250.00

FROM MAURICE HARMON

06-CV-132, NEW COMPLAINT, SG