## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00132-WYD-CBS

Jay Maisel,

      Plaintiff,

v.

Arch Coal, Inc.

      Defendant.

---

# ANSWER

---

Arch Coal, Inc., by and through its attorneys, Holland & Hart LLP, answers Plaintiff Jay Maisel's Complaint as follows:

1.      Arch Coal admits that Plaintiff contends that this is an action for copyright infringement, but denies that Plaintiff has an actionable basis for his claims.  Arch Coal admits it had obtained a license form Plaintiff to use a photograph taken by Plaintiff.  Arch Coal denies the remaining allegations of Paragraph 1 of the Complaint.

2.      Arch Coal is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint and, therefore, denies those allegations.

3.      Arch Coal admits that its principal place of business is at One City Place Drive, St Louis, Missouri.  Arch Coal admits that one or more of its subsidiary companies does business in the State of Colorado.  Arch Coal denies that it does business in the State of Colorado and denies all remaining allegations of Paragraph 3 of the Complaint.

4.      Arch Coal admits that Plaintiff contends that this is an action for copyright infringement, but denies that Plaintiff has an actionable basis for his claims, and denies the remaining allegations in Paragraph 4 of the Complaint

5.      Arch Coal admits the allegations of Paragraph 5 of Plaintiff's Complaint.

6.      Arch Coal denies the allegations of Paragraph 6 of Plaintiff's Complaint.

7.      Arch Coal states that the copyright registration identified and attached as Exhibit A to the Complaint speaks for itself.  Arch Coal denies the remaining allegations of Paragraph 7 of the Complaint.

8.      Arch Coal admits the allegations of Paragraph 8 of Plaintiff's Complaint.

9.      Arch Coal states that the document attached to the Complaint as Exhibit B speaks for itself, and other wise denies any remaining allegation in Paragraph 9 of the Complaint.

10.      Arch Coal is without knowledge or information sufficient to form a belief as to the truth of the allegations of the first sentence of Paragraph 10 of the Complaint and, therefore, denies those allegations.  Arch Coal admits that a PDF of its 1998 annual report was on the internet from on or about September 26, 2000 until on or about December 12, 2005, but denies any remaining allegations of Paragraph 10 of the Complaint.

11.      Arch Coal denies the allegations of Paragraph 11 of the Complaint.

## COUNT I

12.      Arch Coal incorporate its responses contained in the preceding paragraphs of this Answer.

13.      Arch Coal denies the allegations of Paragraph 13 of the Complaint.

14.      Arch Coal denies the allegations of Paragraph 14 of the Complaint.

-3-

## COUNT II

15.    Arch Coal incorporate its responses contained in the preceding paragraphs of this Answer.

16.    Arch Coal denies the allegations of Paragraph 16 of the Complaint.

17.    Arch Coal denies the allegations of Paragraph 17 of the Complaint.

18.    Arch Coal denies the allegations of Paragraph 18 of the Complaint.

## ADDITIONAL DEFENSES

Arch Coal states the following defenses to the allegations of the Complaint.  Arch Coal reserves the right to supplement or amend these defenses and add counterclaims at any time before trial.

### First and Separate Defense

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### Second and Separate Defense

Plaintiff's claims are barred in whole or in part by the statute of limitations.

### Third and Separate Defense

Plaintiff's claims are barred in whole or in part by acquiescence and/or consent.

### Fourth and Separate Defense

Plaintiff's claims are barred in whole or in part by waiver and/or estoppel.

### Fifth and Separate Defense

Plaintiff's claims are barred in whole or in part by laches.

### Seventh and Separate Defense

Plaintiff's claims are barred in whole or in part by failure to mitigate damages (if any).

## PRAYER FOR RELIEF

WHEREFORE, Arch Coal respectfully requests that the Court enter judgment as follows:

a.      That Plaintiff take nothing on their claims for relief.

b.      That Plaintiff's Complaint be dismissed with prejudice.

c.      That Arch Coal be awarded its attorneys fees and costs.

d.      That Arch Coal be awarded such other further relief as the Court deems just and

equitable.

Respectfully submitted this 16th day of February, 2006.


/s/  Donald A. Degnan
Donald A. Degnan

/s/  Joseph T. Jaros
Joseph T. Jaros

HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO  80302
Telephone:  303-473-2700
Facsimile:  303-473-2720
e-mail:  ddegnan@hollandhart.com
e-mail:  jjaros@hollandhart.com

DEFENDANT'S ADDRESS:
One City Place Dr., Suite 300
St. Louis, MO 63141

**ATTORNEYS FOR DEFENDANT
ARCH COAL, INC.**

-4-

-5-

## CERTIFICATE OF SERVICE

I, Donald A. Degnan, Esq., hereby certify that on February 16, 2006, I electronically filed the within **ANSWER** as counsel for Arch Coal, Inc. with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Maurice Harmon, Esq.
Attorney for Plaintiffs
maurice@mauriceharmon.com

/s/ Donald A. Degnan

3515465_1.DOC