IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00132-WYD-CBS

JAY MAISEL,

    Plaintiff,

v.

ARCH COAL, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Appear by Telephone (filed April 11, 2006; *doc. no. 9*) is **GRANTED**.  Attorney Harmon is permitted to appear at the scheduling conference via telephone by dialing 303.844.2117 at the set time.  It is further

    **ORDERED** that Plaintiff's Unopposed Motion to Appear by Telephone (filed April 11, 2006; *doc. no. 8*) is **DENIED** as moot.

**DATED:**    April 13, 2006