**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00132-WYD-CBS

JAY MAISEL,

Plaintiff,

v.

ARCH COAL, INC.,

Defendant.

---

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Jay Maisel, an individual, and defendant Arch Coal, Inc., a Missouri corporation, have resolved the matters between them and agreed to the entry of this Order as indicated by the signatures of their respective counsel below.

Accordingly, it is hereby **ORDERED**:

1. All claims in this action are hereby dismissed with prejudice; and

2. Each party shall bear its own costs and attorney's fees in connection with this suit.

Dated: _________________________, 2006.

BY THE COURT:

________________________________
United States District Court Judge

**APPROVED:**

s/ Maurice Harmon
Maurice Harmon
HARMON & SEIDMAN LLC
101 South 3rd Street, Suite 265
Grand Junction, CO 81502
Phone: (610) 262-9288
Fax: (610) 262-9288
maurice@mauriceharmon.com

**ATTORNEYS FOR PLAINTIFF**

s/ Donald A. Degnan
Donald A. Degnan
Joseph T. Jaros
HOLLAND & HART LLP
One Boulder Plaza
1800 Broadway, Suite 300
Boulder, Colorado 80302
Phone: (303) 473-2700
Fax: (303) 473-2720
ddegnan@hollandhart.com
jjaros@hollandhart.com

**ATTORNEYS FOR DEFENDANT**

3569067_1.DOC