IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00132-WYD-CBS

JAY MAISEL,

     Plaintiff,

v.

ARCH COAL, INC.,

     Defendant.

## ORDER OF DISMISSAL

Plaintiff Jay Maisel, an individual, and defendant Arch Coal, Inc., a Missouri corporation, resolved the matters between them and agreed to the entry of this Order as indicated by the Stipulated Order of Dismissal With Prejudice submitted June 21, 2006.  Accordingly, it is hereby

ORDERED that all claims in this action are **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees in connection with this suit.

Dated:  June 23, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge